No. 92–207.  UNITED STATES v. PADILLA ET AL.  C. A. 9th Cir. [Certiorari granted, 506 U. S. 952.]  Motion of respondents for

divided argument denied. Motion of respondent Xavier V. Padilla for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Walter B. Nash III, Esq., of Tucson, Ariz., be appointed to serve as counsel for respondent Xavier V. Padilla in this case.